IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-00299-RM-KMT

HAWK TECHNOLOGY SYSTEMS, LLC,

    Plaintiff,

v.

RITZ-CARLTON HOTEL COMPANY, L.L.C.
d/b/a THE RITZ-CARLTON, DENVER,

    Defendant.

---

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

---

This matter comes before the Court on the Parties' Stipulation of Dismissal with Prejudice (ECF No. 34). The Court, having reviewed the Stipulation and being fully advised, hereby ORDERS as follows:

The Parties' Stipulation of Dismissal is GRANTED. The above-captioned matter and all claims, counterclaims and defenses are DISMISSED WITH PREJUDICE. Each party shall pay its own attorney's fees and costs.

DATED this 24th day of July, 2014.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge